FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 21 2009

Stephan Harris, Clerk
Cheyenne

Cover Sheet

Charles D. Farley                09-CV-218-B
Plaintiff

vs

Department of Veterans Affairs
Office Cheyenne VA Center
Defendant's Benefits Office

in this case of wrong doing in my claim of being run over by a US Army Jeep at Fort Jackson in March 1969 wile still on active dutey in the US Army and the VA's refusel to settel this long over due clame of 39 years

To the US court this is my Fromal complant on the VA so please now start this proserding's as asked beron in August 2009 thank you

Mr. Charles D. Farley
Mr. Charles D. Farley
Dated, 9/17/2009 time 8:00 pm

MR. CHARLES D. FARLEY
1923 N. MAIN STREET
APT # 7
SHERIDAN WY 82801

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 21 2009

Stephan Harris, Clerk
Cheyenne

Dated, 9/17/2009

Dear Clerk of Court's                    09cv218

I am writing this court stateing that in the mounth of August 2009 I wrot to this court a letter that I was fileing a lawsuit with the Department of Veterans Affairs Cheyenne Regional office Benefits office stateing that this peopel have refused to settel my service conicnicted diserbility for the last 38 years from being run over by a US Army jeep wile stell on active duety at Font Jackson S.C. I filed this complant in your count in that letter I sent the court on that date in August of this year 2009 when I asked for the court papper's to start this clame and law suit in US District Court I wont action taken on the VA and the Benerfits office of Cheyenne Wyoming they have refused to settel my clame of 38 years

OVER

P-2

From being run over by that US Army jeep wile stell on active duety in March 1969. Now if it now pleases the court in my complaint of the Department of Veterans Affairs office and the Benefits office of the Cheyenne VA Regional office Veterans Affairs this case has gone on for 38 years now and I wont justice done in this complant of my action with the VA office of the Cheyenne VA, Here is my formel complant to the US court of Law, The VA has refused to settel this on going claime for 38 years and it was service conicted and I wont 100 percent disenbility from the VA and all moneys payed in full from January 5th 1971 at the Tougus VA Hospital in Muine where this clame was first opened at that VA Hospital not 1986 as the Cheyenne VA has it writen it was January 5th 1971, so please open this complant as a formul complant on the Cheyenne VA Medical Center Veterans Affairs Benefits office in Cheyenne Wyouing

over

P-3

So as I have stated I am fileing my clame in unites states District court for the District of Wyoming in the court House in cheyenne wyoming I Mr. Charles D. Farley file my complant on the Depontment of veterans Affairs veterans Benefites office of the cheyenne VA Hospital Regional office of the VA on this Date, September 17,TH 2009 I Charles D. Farley Here By file this court complant on the VA And in the united states District count for the District of Wyoming in cheyenne wyoming The Depontment of Vetenans Affains and the BenenFits office as the Defendant's in this case And I Mr. Charles D. Farley plaintiff

I Mr. Charles D. Farley now ask the count's to Proseed with my count Action Law Suit on the VA

Yours truely
Mr. Charles D. Farley
Mr. Charles D Farley

Dated This 17th Day of September 2009.